IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 115-093 |
| | * | |
| CECIL RAY HODGE, JR. | * | |

O R D E R

On June 16, 2023, the Court denied Defendant Cecil Ray Hodge's request to terminate his term of supervised release as premature. Defendant again seeks early termination, and it appears Defendant has been fully compliant with his terms of supervised release in the interim. Neither the United States Government nor Defendant's supervising probation officer opposes the motion. Accordingly, and in consideration of the factors of 18 U.S.C. § 3553(a), the Court **GRANTS** Defendant Hodge's motion for early termination of supervised release (doc. 61). Defendant Cecil Ray Hodge, Jr. is hereby discharged from supervised release upon entry of this Order. The Clerk is directed to send a copy of this Order to Mr. Andrew Doughty of the United States Probation Office.

**ORDER ENTERED** at Augusta, Georgia, this 19th day of December, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA